Отто and wife, Appellants, vs. Peterson and another, Respondents.

For the appellants : *Earl L. Kennedy* of Rhinelander.
For the respondents : *William F. Krueger* of Wausau.

*By the Court.*—Judgment affirmed.